# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, D.C. KING, D.A. NORKIN**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**DUANE A. CLARK**
**LANCE CORPORAL (E-3), U.S. MARINE CORPS**

**NMCCA 201400410**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 20 August 2014.
**Military Judge:** Col D.M. McConnell, USMC.
**Convening Authority:** Commanding Officer, 2d Battalion, 8th Marines, 2d Marine Division, Camp Lejeune, NC.
**Staff Judge Advocate's Recommendation:** LtCol K.S. Woodard, USMC.
**For Appellant:** CAPT Bree Ermentrout, JAGC, USN.
**For Appellee:** Mr. Brian Keller, Esq.

**19 March 2015**

---------------------------------------------------------
**OPINION OF THE COURT**
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court